# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Case No. 7:23cr00020** |
| **v.** ) | |
| ) | |
| **SHANNON MARRON KEARNS** ) | |

## ORDER

The government's motion to dismiss the indictment in the above-referenced case, filed pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, is GRANTED and the case against defendant Shannon Marron Kearns is hereby DISMISSED.

It is SO ORDERED.

Entered this 28th day of March, 2024.

/s/ Elizabeth K. Dillon
United States District Judge